ORIGINAL

Hanalei Aipoalani, 53121-509
Name and Prisoner Number/Alien Registration Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, HI 96820
City, State, Zip Code

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

FEB 08 2023

at 1 o'clock and 00 min. P M
John A. Mannle, Clerk
CC: Fuon only.

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CV23  00074 JAO  RT
CASE NO.

Hanalei Aipoalani    ,
(Full Name of Petitioner)

Petitioner,

vs.

Estela Derr, Warden    ,
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

Respondent(s),

(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS**

□ AMENDED PETITION

**PETITION**

1.  What are you challenging in this petition?
    - □  Immigration detention
    - ☑  Bureau of Prisons sentence calculation or loss of good-time credits
    - □  Probation, parole or supervised release
    - □  State Pre-trial detention
    - □  Other (explain): _____

2.  (a)  Name and location of the agency or court that made the decision you are challenging:_
    Federal Bureau of Prisons

    (b)  Case or opinion number: _____

    (c)  Decision made by the agency or court: _____
    _____

    (d)  Date of the decision: _____

...\Masters\2241 Habeas Corpus Form.wpd          1          Revised 07/2009

FSC
**Mailed On**
Date 2/8/2023

Total of 29 pages
(double sided)

3.    Did you appeal the decision to a higher agency or court?    Yes ☐        No ☑

     If yes, answer the following:

(a) First appeal:

     (1)  Name of the agency or court: _____

     (2)  Date you filed: _____

     (3)  Opinion or case number: _____

     (4)  Result: _____

     (5)  Date of result: _____

     (6)  Issues raised: _____
                _____
                _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

     (1)  Name of the agency or court: _____

     (2)  Date you filed: _____

     (3)  Opinion or case number: _____

     (4)  Result: _____

     (5)  Date of result: _____

     (6)  Issues raised: _____
                _____
                _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

     (1)  Name of the agency or court: _____

     (2)  Date you filed: _____

     (3)  Opinion or case number: _____

     (4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal this decision to a higher agency or court, explain why you did not: _
*January 24, 2023 inquiry to Central Office (Ms. Susan Giddings) via e-Cop-Out*
*to Unit Team went unanswered. January 30, 2023 meeting with Mr. Robert Miller,*
*Legal Counsel, confirmed that BOP's "wonky" systems made it difficult for BOP to*
*implement FSA TC auto-calculation and rules, i.e. 3632(d)(4)(A)(i) and (ii). EXHIBIT "B" at 3*

5.   Other than the appeals listed above, have you filed any other petitions, applications or
motions concerning the issues raised in this petition?          Yes ☐        No ☑

If yes, answer the following:

(a)  Name of the Agency or court: _____

(b)  Date you filed: _____

(c)  Opinion or case number: _____

(d)  Result: _____

(e)  Date of result: _____

(f)  Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in
violation of the Constitution, laws, or treaties of the United States**.  Attach additional
pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) any available
administrative or judicial remedies on each ground on which you requested action by the federal
court.</u>

GROUND ONE: _See "4a"_ _____

_____
_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____ See "4a" and "4b" _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    (b)  Did you exhaust all available administrative or judicial remedies relating to Ground One?

        Yes ☐        No ☑

    (c)  If yes, did you present the issue to:
        ☐    The Board of Immigration Appeals
        ☐    The Office of General Counsel
        ☐    The Parole Commission
        ☐    The State Court
        ☐    Other: _____

    (d)  If you did not exhaust all available remedies relating to Ground One, explain why: ___

_____ See "4b" _____
_____
_____
_____
_____
_____

TRULINCS 53121509 - AIPOALANI, HANALEI - Unit: HON-E-A

---------------------------------------------------------------------------------------------

FROM: 53121509
TO:
SUBJECT: 2241 - Ground 1
DATE: 02/04/2023 02:27:51 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

HANALEI AIPOALANI, Petitioner,
    v.
ESTELA DERR, WARDEN, Respondent.

CASE NO.:_____

PETITION UNDER 28 U.S.C. SECTION 2241 FOR A WRIT OF HABEAS CORPUS CHALLEGING BUREAU OF PRISONS
SENTENCE CALCULATION

GROUND ONE:
    The Federal Bureau of Prisons violated Petitioner's lawful federal rights by erroneously re-determining Petitioner to be
"ineligible" for benefits and privileges, including First Step Act time credits afforded under the First Step Act of 2018, Public Law
115-391; specifically, Sections 3632(d)(4)(A), (C), and (D).

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
FACTS FROM INMATE CENTRAL FILE DOCUMENTS:
    Petitioner's February 25, 2022 FSA Recidivism Risk Assessment ("PATTERN") affirms Petitioner is a "Minimum" Risk Level
Inmate. EXHIBIT "A" at 1. Petitioner's March 1, 2022 Individualized Needs Plan - Program Review ("INP") affirms the following:
Projected Release Date, based on Good Conduct Time ("GCT"), 11-15-2024; FTC-Eligible - Reviewed as of 09-07-2021; and
MINIMUM Risk Recidivism Level as of 02-25-2022 "PATTERN." EXHIBIT "A" at 2. Petitioner's March 7, 2022 Sentence
Monitoring Computation Data ("SMCD") sheet affirms the following: FSA Eligibility Status is: ELIGIBLE; Home Detention
Eligibility Date is: 06-29-2024; and The Inmate is Projected for Release: 11-15-2024 via GCT REL. EXHIBIT "A" at 3-4.

    Petitioner's April 6, 2022 SMCD sheet affirms the following: FSA Eligibility Status is: ELIGIBLE; Home Detention Eligilbity
Date is: 06-29-2024; and The Inmate is Projected for Release: 11-15-2024 via GCT REL. EXHIBIT "A" at 5-6.

    Petitioner's August 5, 2022 PATTERN affirms Petitioner is a "Minimum" Risk Level Inmate. EXHIBIT "A" at 7. Petitioner's
August 9, 2022 INP affirms the following: Projected Release Date, based on GCT, 11-15-2024; FTC-Eligible - Reviewed as of
09-07-2021; and MINIMUM Risk Recidivism Level as of 08-05-2022 PATTERN. EXHIBIT "A" at 8-9.

    Petitioner's January 31, 2023 PATTERN affirms Petitioner is a "Minimum" Risk Level Inmate. EXHIBIT "A" at 10. Petitioner's
February 1, 2023 SMCD sheet affirms the following: FSA Eligibility Status is: INELIGIBLE; Home Detention Eligibility Date is: 06
-29-2024. and The Inmate is Projected for Release: 11-15-2024 via GCT REL. EXHIBIT "A" at 11-13. Petitioner's FSA Eligibility
Status changed from ELIGIBLE to INELIGIBLE without explanation. Petitioner's February 3, 2023 INP affirms the following:
Projected Release Date, based on GCT, 11-15-2024; FTC-Eligible - Reviewed as of 09-07-2021; and MINIMUM Risk
Recidivism Level as of 01-31-2023 PATTERN. EXHIBIT "A" at 14-15.

    Petitioner informed Mr. Robl, Unit Manager, and Ms. Lazo, Case Manager, of errors in his FSA status and application of FSA
TCs via COP-Out thread. EXHIBIT "A" at 16-18.

FACTS FROM BOP BULLETINS AND JANUARY 30, 2023 MEETING WITH MR. MILLER, LEGAL COUNSEL:
    BOP affirmed that the FSA TC auto-calculation was functioning properly as of January 8, 2023.

    On January 30, 2023, Petitioner, by invitation, attended and participated in Mr. Frankie Emilliano Perez's (Reg. No. 12237-
122) in-Unit meeting with Mr. Robert Miller, Legal Counsel at FDC Honolulu. Mr. Perez was hopeful that Mr. Miller
had discussed PL 115-391 section 3632(d)(4)(A)(i) and (ii) merits raised in his July 24, 2023 COP-Out to Warden Derr for Mr.
Miller; which Mr. Miller acknowledged having received. Unfortunately, this was not the case and, instead, Mr. Miller,
representing the Assistant United States Attorney representing Warden Derr in aforementioned petition, was intent on having
Mr. Perez execute the stipulation that was due to the Court by January 31, 2023. EXHIBIT "B" at 1-3.

4a

TRULINCS 53121509 - AIPOALANI, HANALEI - Unit: HON-E-A

-----------------------------------------------------------------------------------------------

CORROBORATING ABOVE FACTS WITH FIRST STEP ACT OF 2018, PUBLIC LAW 115-391:

According to Section 3632(d)(4)(A)(i), Petitioner, deemed ELIGIBLE for FSA Time Credits, shall earn 10-days of time credits for every 30-days of successful participation in evidence-based recidivism reduction ("EBRR") programming or productive activities ("PA") as of 09-07-2021. Ex. "A" at 2.

According to Section 3632(d)(4)(A)(ii), as evidenced by Ex. "A" at 1-15, Petitioner shall earn an additional 5-days of time credits for every 30-days of successful participation in EBRR programming or PAs. Ex. "A" at 2, 8-9, 14-15.

According to Section 3632(d)(4)(C), Petitioner's FSA time credits shall be applied towards prerelease custody (Home Confinement) or supervised release.

Section 3632(d)(4)(D) does not apply to Petitioner.

Given the above, Petitioner, who by all accounts is ELIGIBLE for FSA time credits, shall have earned 270-days of FSA time credits (A total of 17 x 30-days of successful participation in EBRR or PAs multiplied by 15-days of FSA TCs) as of--on or about--February 10, 2023 and shall continue earning 15-days of FSA time credits for every 30-days of successful participation in EBRR and PAs thereafter. In accordance with BOP FSA time credit method for projecting release date, noting lawful application of Petitioner's FSA time credits, Petitioner's Projected Release Date would change to 11-16-2023 and Home Confinement Eligibility (Federal Location Monitoring or "FLM" program) Date would change to 06-29-2023.

(b) Did you exhaust all available administrative or judicial remedies relating to Ground One?  NO, therefore, (c) is "N/A"

(d) If you did not exhaust all available remedies relating to Ground One, explain why:

Lawful award and application of Petitioner's 365-days of FSA time credits would move his Projected Release Date up to 11-16-2023 and Home Confinement (Federal Location Monitoring or "FLM" program) Eligibility Date up to 06-29-2023. In order for Petitioner to lawfully-benefit from prerelease (Section 3632(d)(4)(C)) to FLM, BOP requires about 2-months, or as early as late April 2023, to prepare, submit and coordinate FLM request with appropriate Regional Re-Entry Manager, U.S. District Court, U.S. Probation Office, and United States Attorneys office.

Therefore, requiring Petitioner to exhaust administrative remedies appeals processes (BP-8, BP-9, BP-10, and BP-11) would be a futile gesture and results in irreparable injury without immediate judicial relief. Referencing: Laing v. Ashcroft, 370 F.3d 994, No. 03-56158 (9th Cir. 2004)(citing: S.E.C. v. G.C. George Sec., Inc., 637 F.2d 685, 688 (9th Cir. 1981))(see also Beharry v. Ashcroft, 329 F.3d 51, 62 (2nd Cir. 2003)).

6b

GROUND TWO: _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative or judicial remedies relating to Ground Two?
　　　　Yes ☐　　　　No ☐

(c)  If yes, did you present the issue to:
　　　　☐　　　The Board of Immigration Appeals
　　　　☐　　　The Office of General Counsel
　　　　☐　　　The Parole Commission
　　　　☐　　　The State Court
　　　　☐　　　Other: _____

(d)  If you did not exhaust all available remedies relating to Ground Two, explain why: ___

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative or judicial remedies relating to Ground Three?
     Yes ❑        No ❑

(c)  If yes, did you present the issue to:
     ❑     The Board of Immigration Appeals
     ❑     The Office of General Counsel
     ❑     The Parole Commission
     ❑     The State Court
     ❑     Other: _____

(d)  If you did not exhaust all available remedies relating to Ground Three, explain why: __

_____

_____

_____

_____

_____

_____

GROUND FOUR: _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support
your claim.):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative or judicial remedies relating to Ground
Four?
    Yes □        No □

(c)  If yes, did you present the issue to:
    □    The Board of Immigration Appeals
    □    The Office of General Counsel
    □    The Parole Commission
    □    The State Court
    □    Other: _____

(d)  If you did not exhaust all available remedies relating to Ground Four, explain why: __
_____

_____

_____

_____

_____

_____

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above?

           Yes ☐         No ☑

(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective. Claims raised by any state prisoner who has been convicted and sentenced must be raised in a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.)

If yes, answer the following:

(a) Having you filed a motion under 28 U.S.C. § 2255?    Yes ☐        No ☐

    If yes, answer the following:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

                       _____

                       _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Explain why the remedy under § 2255 is inadequate or ineffective: _____

_____

_____

_____

_____

8. If this case concerns immigration removal proceedings, answer the following:

    (a) Date you were taken into immigration custody: _____

    (b) Date of removal or reinstatement order: _____

    (c) Did you file an appeal with the Board of Immigration Appeals?    Yes ☐    No ☐

        (1) Date you filed: _____

        (2) Case number: _____

        (3) Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. If this petition concerns your pre-trial custody by the State of Hawaii, answer the following:

(a) Date you were arrested: _____

(b) Charge(s) brought: _____

(c) Projected date of your trial: _____

(d) Are you represented by counsel?    Yes ☐    No ☐

(e) Have you raised your claims in the State Court?    Yes ☐    No ☐

(1) Name of Court: _____

(2)  Date you filed: _____

(3)  Case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

10. Petitioner asks that the Court grant the following relief: (1) Projected 365-days of First Step Act time credits to be applied to (a) projected release date (change from 11-15-2024 to 11-16-2023) and (b) Home Confinement (FLM program) Eligibility date (change from 06-28-2024 to on or about 06-29-2023) and (2) "Eligible" status reflected in Central File and throughout to ensure proper lawful auto-calculation of FSA TCs.

_____

_____

_____

_____

_____

_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the forgoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ⟶ 02- 04-2023 ⟵ (month, day, year).

_____
**Signature of Petitioner**

_____          February 4, 2023
Signature of attorney, if any              Date

TRULINCS 53121509 - AIPOALANI, HANALEI - Unit: HON-E-A

------------------------------------------------------------------------------------------------

FROM: 53121509
TO:
SUBJECT: 2241 - Declaration and COS
DATE: 02/04/2023 01:19:01 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

HANALEI AIPOALANI, Petitioner,
   v.
ESTELA DERR, WARDEN, Respondent.

CASE NO.:_____

DECLARATION OF HANALEI AIPOALANI

In accordance with 28 U.S.C. section 1746, I, Hanalei Aipoalani, make the following declaration under penalty of perjury. I make the following statements on the basis of personal knowledge or information that has become known to me during my incarceration at Federal Bureau of Prisons ("BOP") Federal Detention Center Honolulu ("FDC Honolulu") in Honolulu, Hawaii.

1. Attached hereto as Exhibits "A" and "B" is a true and correct, and in certain instances redacted, copy of excerpts from Petitioner's Inmate Central File, i.e. documents, and related documents, i.e. Declarations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2023, at Honolulu, Hawaii.

/s/ Hanalei Aipoalani
Hanalei Aipoalani, Petitioner, Pro Se

-------------------------------------------------------

CERTIFICATE OF SERVICE - PRO SE

I hereby certify that, on this date and by the method of service noted below, a true and correct copy of the foregoing Petition under 28 U.S.C. section 2241 for a Writ of Habeas Corpus and Declaration and Exhibits "A" and "B" were sent to:

Mr. John A. Mannle
Clerk of Court
U.S. District Court, Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850

USPS Certified Mail: 7004 0550 0001 0889 6524

Dated: February 4, 2023, at Honolulu, Hawaii.

/s/ Hanalei Aipoalani, Petitioner, Pro Se
53121-509
FDC Honolulu, P.O. Box 30080, Honolulu, Hawaii 96820