# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HANALEI AIPOALANI, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case: CV 23-00074 JAO-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ESTELA DERR, | April 11, 2023 |
| Respondent. | At 2 o'clock and 50 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

On April 11, 2023, the Court issued its "ORDER DISMISSING PETITION UNDER 28 U.S.C. § 2241 FOR A WRIT OF HABEAS CORPUS," ECF No. 10 (April 11, 2023 Order).

IT IS ORDERED AND ADJUDGED that the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus is DISMISSED without leave to amend, pursuant to and in accordance with the April 11, 2023 Order. Further, the Clerk of Court is directed to enter judgment and close the case.

| | |
|---|---|
| April 11, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |